UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CELENA M. STEVENS,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 3:13-cv-05419-RSL<br><br>**ORDER GRANTING EAJA ATTORNEY'S FEES AND COSTS** |

The Court having considered the record and the Report and Recommendation of Magistrate Judge Brian Tsuchida to award plaintiff fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, **GRANTS** plaintiff's motion for fees and costs, Dkt. 24, and **ORDERS**:

1) Plaintiff is awarded EAJA attorney's fees of $6,096.85 and expenses in the amount of $24.77, for a total of $6,121.62.

2) The fees and costs are awarded to plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. (2010) and delivered to plaintiff's counsel, Eitan Yanich; however,

3) If the U.S. Department of the Treasury verifies to the Office of General Counsel

/

/

that plaintiff does not owe a debt, the government will honor plaintiff's assignment of EAJA fees and pay EAJA fees and expenses directly to Eitan Yanich.

DATED this 28th day of May, 2014.

*Robert S. Lasnik* (signature)

ROBERT S. LASNIK
United States District Judge