UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CELENA M. STEVENS,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C13-5419-RSL

**REPORT AND RECOMMENDATION**

Plaintiff moves for an award of net attorney's fees of $8,600.00 pursuant to 42 U.S.C. § 406(b). Dkt. 33. The Commissioner has no objection to the request. Dkt. 35. Plaintiff's motion has been referred to the undersigned Magistrate Judge. Dkt. 34. The undersigned has reviewed plaintiff's motion and the supporting documentation and recommends the motion be **GRANTED** and that plaintiff's attorney Eitan Kassel Yanich be awarded gross attorney's fees of $16,600.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $8,000.00 that previously were awarded, leaving a net fee award of $8,600.00. A proposed order accompanies this Report and Recommendation. Because plaintiff's motion is unopposed, the district judge may consider it on the same day this Report and Recommendation is filed.

DATED this 30th day of June, 2015.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1