UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CELENA M. STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. C13-5419-RSL<br><br>**ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)** |

The Court, after careful consideration of plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and the supporting documentation, the Commissioner's response, and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) is **GRANTED**. Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $16,600.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $8,000.00 that previously were awarded, leaving a net fee of $8,600.00. When issuing the 42 U.S.C. § 406(b) check for payment to plaintiff's attorney herein, Social Security is directed to send to plaintiff's

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(B) - 1

1   attorney the net balance of $8,600.00, minus any applicable processing fees as allowed by

2   statute.  Social Security shall then release the remaining balance of past due benefits to plaintiff.

3   The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

4   DATED this 7th day of July, 2015.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(B) - 2